■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHANNON JONES, Appellant, v WAYNE COUNTY SHERIFF, Respondent. [874 NYS2d 853]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Order of Supreme Court, Wayne County, John B. Nesbitt, A.J.—Habeas Corpus). Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC JONES, Appellant. [874 NYS2d 853]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Thomas P. Franczyk, J.—Attempted Burglary, 3rd Degree). Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HORACE JONES, JR., Appellant. [874 NYS2d 853]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Livingston County Court, Dennis S. Cohen, J.—Criminal Possession Controlled Substance, 4th Degree). Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.